Timothy J. Burke (181866)
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

Gary S. Graifman
KANTROWITZ GOLDHAMER
& GRAIFMAN
747 Chestnut Ridge Road
New York, NY 10977
Tel:    (845) 356-2570
Fax:    (845) 356-4335

Gary E. Mason
Charles A. Schneider
THE MASON LAW FIRM, PC
1225 19th Street NW
Suite 500
Washington, DC 20036
Tel:    (202) 429-2290
Fax:    (202) 429-2294

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BELL and GARY ERLINGER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLERCHRYSLER CORP., <br><br> Defendant. | CASE NO. C 05 2971 CW <br><br> **CLASS ACTION** <br><br> STIPULATION AND CONSENT ORDER |

1  **IT IS HEREBY STIPULATED AND AGREED** by and between the above referenced parties through their undersigned attorneys as follows:

2.  1. Plaintiffs shall serve and file an Amended Complaint in the within action on or before January 10, 2006.

3.  2. Thereafter, Defendants shall answer or otherwise move in response to the Amended Complaint by February 24, 2006.

4.  3. Plaintiffs shall have thirty (30) days from the date said motion is filed to respond thereto, and Defendants shall have until fourteen (14) days prior to the hearing date on said portion to file a Reply brief.

5.  4. In the event the Defendants move to dismiss, the Motion to Dismiss shall be heard on April 7, 2006, or as soon thereafter as the matter may be heard. The Case Management Conference shall also be continued from January 20, 2006 to April 7, 2006, or as soon thereafter as is convenient for this Court.

6.  5. Initial Disclosures required by FRCP 26(a)(1) shall be exchanged by the parties on or before May 8, 2006.

### ATTESTATION OF TIMOTHY J. BURKE

I, Timothy J. Burke, hereby attest that the contents of this document are acceptable to all persons required to sign it. I further attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

        Timothy J. Burke
        STULL, STULL & BRODY

Dated: January 10, 2006        By:        / s /
        Timothy J. Burke
        10940 Wilshire Boulevard
        Suite 2300
        Los Angeles, CA 90024
        Tel:    (310) 209-2468
        Fax:   (310) 209-2087

//

//

2

**STIPULATION AND CONSENT ORDER**
**CASE NO. C 05 2971 CW**
C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stip & Consent Ord.wpd

|   |   |
|---|---|
| 1 | Jules Brody |
| 2 | Howard T. Longman |
|   | STULL, STULL & BRODY |
| 3 | 6 East 45th Street |
|   | New York, NY 10017 |
| 4 | Tel: (212) 687-7230 |
|   | Fax: (212) 490-2022 |

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:	(212) 687-7230
Fax:	(212) 490-2022

Gary S. Graifman
KANTROWITZ GOLDHAMER
& GRAIFMAN
747 Chestnut Ridge Road
New York, NY 10977
Tel:	(845) 356-2570
Fax:	(845) 356-4335

Gary E. Mason
Charles A. Schneider
THE MASON LAW FIRM, PC
1225 19th Street NW
Suite 500
Washington, DC 20036
Tel:	(202) 429-2290
Fax:	(202) 429-2294

**Attorneys for Plaintiffs**

James P. Fogelman
GIBSON, DUNN & CRUTCHER LLP

Dated: January 10, 2006        By:         / s /
James P. Fogelman
333 South Grand Avenue
Los Angeles, CA 99071
Tel:	(213) 229-7000
Fax:	(213) 229-7520

**Attorneys for Defendant**

**SO ORDERED.  The pending motion to dismiss is denied as moot.**

         1/12/06                                    *Claudia Wilken*
Dated: _____        _____
                                                         Honorable Claudia Wilken

3

**STIPULATION AND CONSENT ORDER**
**CASE NO. C 05 2971 CW**
C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stip & Consent Ord.wpd