GIBSON, DUNN & CRUTCHER LLP
G. CHARLES NIERLICH, SBN 196611
GAIL E. LEES, SBN 090363
JAMES P. FOGELMAN, SBN 161584
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 229-7000
Facsimile:   (213) 229-7520
jfogelman@gibsondunn.com

Attorneys for Defendant
DaimlerChrysler Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BELL and GARY ERLINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER CORPORATION<br><br>Defendant. | CASE NO. C 05-2971 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☐ Mediation

**Private Process:**

☒ Private ADR: Private mediation with retired federal district court Judge Nicholas H. Politan.

Dated: April 2̲7̲, 2006

GIBSON, DUNN & CRUTCHER LLP
G. Charles Nierlich
Gail E. Lees
James P. Fogelman

/s/ James P. Fogelman
James P. Fogelman

Attorneys for Defendant
DaimlerChrysler Corporation

Dated: April __, 2006

STULL, STULL & BRODY
Timothy J. Burke

_____
Timothy J. Burke

Attorneys for Plaintiffs
David Bell and Gary Erlinger

IT IS SO ORDERED:    TO BE HELD BY JULY 25, 2006.

Dated  4/28/06

/s/ Claudia Wilkin
Honorable Claudia Wilkin
United States District Court
Northern District of California

**STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

| | |
|---|---|
| 1 | |
| 2 | The parties stipulate to participate in the following ADR process: |
| 3 | **Court Processes:** |
| 4 | ☐ Arbitration     ☐ ENE     ☐ Mediation |
| 5 | **Private Process:** |
| 6 | |
| 7 | ☒ Private ADR: Private mediation with retired federal district court Judge Nicholas H. Politan. |

Dated: April __, 2006

GIBSON, DUNN & CRUTCHER LLP
G. Charles Nierlich
Gail E. Lees
James P. Fogelman

_____
James P. Fogelman

Attorneys for Defendant
DaimlerChrysler Corporation

Dated: April 18, 2006

STULL, STULL & BRODY
Timothy J. Burke

_____
Timothy J. Burke

Attorneys for Plaintiffs
David Bell and Gary Erlinger

IT IS SO ORDERED:

Dated _____

Honorable Claudia Wilkin
United States District Court
Northern District of California

STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION

| | |
|---|---|
| 1 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL** |
| 2 | Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she |
| 3 | has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of |
| 4 | California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, |
| 5 | discussed the available dispute resolution options provided by the court and private entities, and |
| 6 | considered whether this case might benefit from any of them. |

Dated: April 21, 2006        DAIMLERCHRYSLER CORPORATION

By: /s/ Janet H. Delecke
Name: Janet H. Delecke
Title: Class Action Counsel

Dated: April 22, 2006        GIBSON, DUNN & CRUTCHER LLP
                             G. Charles Nierlich
                             Gail E. Lees
                             James P. Fogelman

                             /s/ James P. Fogelman /DNA
                             _____
                             James P. Fogelman

                             Attorneys for Defendant
                             DaimlerChrysler Corporation

Dated: April __, 2006

                             _____
                             David Bell

Dated: April __, 2006

                             _____
                             Gary Erlinger

Dated: April __, 2006        STULL, STULL & BRODY
                             Timothy J. Burke

                             _____
                             Timothy J. Burke

                             Attorneys for Plaintiffs
                             David Bell and Gary Erlinger

10934806_1.DOC

Gibson, Dunn &
Crutcher LLP

**STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

| | |
|---|---|
| 1 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL** |

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: April __, 2006

DAIMLERCHRYSLER CORPORATION

By:_____
   Name:_____
   Title:_____

Dated: April __, 2006

GIBSON, DUNN & CRUTCHER LLP
G. Charles Nierlich
Gail E. Lees
James P. Fogelman

_____
James P. Fogelman

Attorneys for Defendant
DaimlerChrysler Corporation

Dated: April 18, 2006

_____
David Bell

Dated: April __, 2006

_____
Gary Erlinger

Dated: April 16, 2006

STULL, STULL & BRODY
Timothy J. Burke

_____
Timothy J. Burke

Attorneys for Plaintiffs
David Bell and Gary Erlinger

10934806_1.DOC

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them

Dated: April __, 2006       DAIMLERCHRYSLER CORPORATION

                            By:_____
                              Name:_____
                              Title:_____

Dated: April __, 2006       GIBSON, DUNN & CRUTCHER LLP
                            G. Charles Nierlich
                            Gail E. Lees
                            James P. Fogelman

                            _____
                                    James P. Fogelman

                            Attorneys for Defendant
                            DaimlerChrysler Corporation

Dated: April __, 2006
                            _____
                                       David Bell

Dated: April 18, 2006       _____
                                      Gary Erlinger

Dated: April __, 2006       STULL, STULL & BRODY
                            Timothy J. Burke

                            _____
                                    Timothy J. Burke

                            Attorneys for Plaintiffs
                            David Bell and Gary Erlinger

10934806_1.DOC

# CERTIFICATE OF SERVICE

I, Paul W. Edwards, declare as follows:

I am employed in the County of Los Angeles, California ; I am over the age of eighteen years and am not a party to this action; my business address is 333 S. Grand Ave., Los Angeles, California 90071, in said County and State. On April 24, 2006, I served the following documents:

(1) **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ ADR CERTFICATION**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

**SEE ATTACHED LIST**

☑ **BY UPS NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

☑ **BY ELECTONIC E-FILE SERVICE:** On the above-mentioned date, I caused the above mentioned document(s) to be electronically filed and served to all ECF (Electronic Case Filing) Registered Counsel of Record.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2006

_Paul W. Edwards_
Paul W. Edwards

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ ADR CERTFICATION

## SERVICE LIST

*Bell, et al. v. DaimlerChrysler Corp.*
United States District Court
For The Northern District of California
Oakland Division
Case No. C 05-2971 CW

### By UPS and Electronic Service

| Counsel | Party | Fax/Tel. Numbers |
|---|---|---|
| Timothy J. Burke<br>Stull Stull & Brody<br>10940 Wilshire Boulvedard<br>Suite 2300<br>Los Angeles, CA. 90024<br>service@ssbla.com | Plaintiffs David Bell and Gary Erlinger | Phn: (310) 209-2468<br>Fax: (310) 209-2087 |
| Gary S. Graifman<br>Kantrowitz Goldhamer & Graifman PC<br>747 Chestnut Ridge Road<br>Chestnut Ridge, NY 10977 | Plaintiffs David Bell and Gary Erlinger | Phn: (845) 356-2570<br>Fax: (854) 356-4335 |