Timothy J. Burke (181866)
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

Gary S. Graifman
KANTROWITZ GOLDHAMER
& GRAIFMAN
747 Chestnut Ridge Road
New York, NY 10977
Tel:    (845) 356-2570
Fax:    (845) 356-4335

Gary E. Mason
Charles A. Schneider
THE MASON LAW FIRM, PC
1225 19th Street NW
Suite 500
Washington, DC 20036
Tel:    (202) 429-2290
Fax:    (202) 429-2294

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BELL and GARY ERLINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>DAIMLERCHRYSLER CORP.,<br><br>                    Defendant. | CASE NO. C 05 2971 CW<br><br>**CLASS ACTION**<br><br>STIPULATION AND CONSENT ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by and between the above referenced parties through their undersigned attorneys as follows:

1. Defendant's Motion to Dismiss the Amended Complaint is hereby withdrawn without prejudice to re-file.

2. The Case Management Conference presently scheduled for May 19, 2006 is hereby continued to a date which shall be selected by the Court.

### **ATTESTATION OF TIMOTHY J. BURKE**

I, Timothy J. Burke, hereby attest that the contents of this document are acceptable to all persons required to sign it.  I further attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

        Timothy J. Burke
        STULL, STULL & BRODY

Dated: May 12, 2006        By:        / s /
        Timothy J. Burke
        10940 Wilshire Boulevard
        Suite 2300
        Los Angeles, CA 90024
        Tel:   (310) 209-2468
        Fax:  (310) 209-2087

        Jules Brody
        Howard T. Longman
        STULL, STULL & BRODY
        6 East 45th Street
        New York, NY 10017
        Tel:   (212) 687-7230
        Fax:  (212) 490-2022

        Gary S. Graifman
        KANTROWITZ GOLDHAMER
        & GRAIFMAN
        747 Chestnut Ridge Road
        New York, NY 10977
        Tel:   (845) 356-2570
        Fax:  (845) 356-4335

//

//

**STIPULATION AND CONSENT ORDER**
**CASE NO. C 05 2971 CW**
C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\Stip & Consent Ord 3.wpd

|   |   |   |
|---|---|---|
| 1 |   | Gary E. Mason |
| 2 |   | Charles A. Schneider |
|   |   | THE MASON LAW FIRM, PC |
| 3 |   | 1225 19th Street NW |
|   |   | Suite 500 |
| 4 |   | Washington, DC 20036 |
|   |   | Tel:  (202) 429-2290 |
|   |   | Fax:  (202) 429-2294 |

**Attorneys for Plaintiffs**

James P. Fogelman
GIBSON, DUNN & CRUTCHER LLP

Dated:  May 12, 2006          By:  _____/ s /_____
                              James P. Fogelman
                              333 South Grand Avenue
                              Los Angeles, CA 99071
                              Tel:  (213) 229-7000
                              Fax:  (213) 229-7520

**Attorneys for Defendant**

   **SO ORDERED.  CASE MANAGEMENT CONFERENCE IS CONTINUED TO 9/22/06 AT 1:30 P.M.**

Dated:  ____5/15/06____          _____/s/ Claudia Wilken_____
                                    Honorable Claudia Wilken

---

3

**STIPULATION AND CONSENT ORDER**
**CASE NO. C 05 2971 CW**
C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\Stip & Consent Ord 3.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )ss.:
COUNTY OF LOS ANGELES       )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On May 12, 2006, I served the document(s) described as **STIPULATION AND CONSENT ORDER** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

 xx    BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 209-2087 to the facsimile machine telephone number(s) listed on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

 xx    BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2006, at Los Angeles, California 90024.

   MELANIE JACOBS                              /s/ Melanie Jacobs
   Type or Print Name                              Signature

**STIPULATION AND CONSENT ORDER**
**CASE NO. C 05 2971 CW**
C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\Stip & Consent Ord 3.wpd

# SERVICE LIST

| | |
|---|---|
| Jules Brody<br>Howard T. Longman<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel:    (212) 687-7230<br>Fax:   (212) 490-2022<br><br>Gary S. Graifman<br>Peter L. Benza<br>KANTROWITZ GOLDHAMER<br>& GRAIFMAN<br>747 Chestnut Ridge Road<br>New York, NY 10977<br>Tel:   (845) 356-2570<br>Fax:  (845) 356-4335<br><br>Gary E. Mason<br>Charles A. Schneider<br>THE MASON LAW FIRM, PC<br>1225 19th Street NW<br>Suite 500<br>Washington, DC 20036<br>Tel:   (202) 429-2290<br>Fax:  (202) 429-2294<br><br>**Attorneys for Plaintiffs** | James P. Fogelman<br>jfogelman@gibsondunn.com<br>Eileen Ahern<br>eahern@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 99071<br>Tel:   (213) 229-7000<br>Fax:  (213) 229-7520<br><br>(SERVICE COMPLETED VIA COURT'S ECF FILING SYSTEM)<br><br>**Attorneys for Defendant** |