1    GIBSON, DUNN & CRUTCHER LLP
     G. CHARLES NIERLICH, SBN 196611
2    GAIL E. LEES, SBN 090363
     JAMES P. FOGELMAN, SBN 161584
3    333 South Grand Avenue
     Los Angeles, CA  90071
4    Telephone:  (213) 229-7000
     Facsimile:   (213) 229-7520
5    jfogelman@gibsondunn.com

6    Attorneys for Defendant
     DaimlerChrysler Corporation
7

8

9                     UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   DAVID BELL and GARY ERLINGER,              CASE NO. C 05-2971 CW
13   Individually and on Behalf of All Others
     Similarly Situated,                         **STIPULATION AND [PROPOSED]
14                                               ORDER STAYING ACTION**
                      Plaintiffs,                 AS MODIFIED
15
           v.
16
     DAIMLERCHRYSLER CORPORATION
17
                      Defendant.
18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    The parties to the above-captioned action (the "Parties"), by and through their respective counsel

2   of record, hereby stipulate as follows:

3    WHEREAS the Parties have reached a nationwide class action settlement of this matter and

4   related matters in other courts;

5    WHEREAS on June 1, 2006, the settlement was preliminarily approved by the Superior Court

6   of New Jersey, Bergen County in *Lubitz, et al. v. DaimlerChrysler Corp,* Docket No. BER-L-4883-

7   04 ("*Lubitz*");

8    WHEREAS, the Court in *Lubitz* has currently scheduled a Fairness Hearing for October 30,

9   2006 to determine, *inter alia*, whether the settlement will be finally approved;

10    AND WHEREAS, the Parties agree that in the interest of efficiency, this matter should not be

11   actively litigated while the settlement is pending final approval,

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Gibson, Dunn &
Crutcher LLP

**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**

IT IS HEREBY STIPULATED by and between the Parties that this action be stayed pending (1) a dismissal to be filed by Plaintiffs after final approval of the settlement by the Court in *Lubitz*; or (2) a status conference to be held thirty (30) days after the date of the Fairness Hearing, on November 29, 2006, if the matter has not yet been dismissed.

### ATTESTATION OF JAMES P. FOGELMAN

I, James P. Fogelman, hereby attest that the contents of this document are acceptable to all persons required to sign it. I further attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 26, 2006

GIBSON, DUNN & CRUTCHER LLP
G. Charles Nierlich
Gail E. Lees
James P. Fogelman

/s/ James P. Fogelman
_____
James P. Fogelman

Attorneys for Defendant
DaimlerChrysler Corporation

Dated: June 26, 2006

STULL, STULL & BRODY
Timothy J. Burke

/s/
_____
Timothy J. Burke

Attorneys for Plaintiffs
David Bell and Gary Erlinger

IT IS SO ORDERED:   THE CASE MANAGEMENT CONFERENCE PREVIOUSLY SET FOR 9/22/06 IS CONTINUED TO 1/12/07 AT 1:30 P.M.

Dated  7/7/06
_____

Honorable Claudia Wilkin
United States District Court
Northern District of California

100024207_1.DOC

1

**CERTIFICATE OF SERVICE**

2    I, Paul W. Edwards, declare as follows:

3    I am employed in the County of Los Angeles, California ; I am over the age of eighteen years

4    and am not a party to this action; my business address is 333 S. Grand Ave., Los Angeles, California

5    90071, in said County and State.  On June 26, 2006, I served the following documents:

6    **(1)  STIPULATION AND [PROPOSED] ORDER STAYING ACTION**

7    on the parties stated below, by the following means of service:

8

9    **SEE ATTACHED LIST**

10

11    ☑    **BY ELECTONIC E-FILE SERVICE:**  On the above-mentioned date, I caused the above

12    mentioned document(s) to be electronically filed and served to all ECF (Electronic Case Filing)
         Registered Counsel of Record.

13    ☑    **(FEDERAL)**        I declare under penalty of perjury that the foregoing is true and correct.

14

15    Executed on June 26, 2006

16                                                            *Paul W. Edwards*

17                                                            Paul W. Edwards

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST

***Bell, et al. v. DaimlerChrysler Corp.***
**United States District Court**
**For The Northern District of California**
**Oakland Division**
**Case No. C 05-2971 CW**

### By Electronic Service

| Counsel | Party | Fax/Tel. Numbers |
|---|---|---|
| Timothy J. Burke<br>Stull Stull & Brody<br>10940 Wilshire Boulvedard<br>Suite 2300<br>Los Angeles, CA. 90024<br>service@ssbla.com | Plaintiffs David Bell and Gary Erlinger | Phn: (310) 209-2468<br>Fax: (310) 209-2087 |
| Gary S. Graifman<br>Kantrowitz Goldhamer & Graifman PC<br>747 Chestnut Ridge Road<br>Chestnut Ridge, NY 10977 | Plaintiffs David Bell and Gary Erlinger | Phn: (845) 356-2570<br>Fax: (845) 356-4335 |